468 A.2d 828

Commonwealth v. Clark, Appellant.

Submitted January 18, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele M. Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.